Stephen M. Orlofsky
David C. Kistler
New Jersey Resident Partners
BLANK ROME LLP
301 Carnegie Center, 3d Floor
Princeton, NJ 08540
Telephone: (609) 750-7700

**OF COUNSEL:**
D. Michael Underhill
Richard Meyer
William C. Jackson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015

Douglas Carsten
WILSON SONSINI GOODRICH & ROSATI
12235 El Camino Real
Suite 200
San Diego, CA 92130

*Attorneys for Plaintiff/Counterclaim Defendant*
*United Therapeutics Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED THERAPEUTICS CORP., | Civil Action No. 12-1617 (PGS) (LHG) <br> Civil Action No. 13-316 (PGS) (LHG) |
| *Plaintiff,* | |
| v. | **DECLARATION OF STEPHEN M. ORLOFSKY IN SUPPORT OF UNITED THERAPEUTICS' RESPONSIVE CLAIM CONSTRUCTION BRIEF** |
| SANDOZ INC., ET AL. | |
| *Defendants.* | |

I, Stephen M. Orlofsky, Esquire, of full age, hereby declare as follows:

1.     I am an attorney of the law firm of Blank Rome LLP, a Pennsylvania LLP, attorneys for Plaintiff United Therapeutics Corp. ("Plaintiff") in the above-captioned matter.  I am familiar with the facts of this case and make this Declaration in support of Plaintiff United Therapeutics Corporation's Responsive Claim Construction Brief.

2.     Attached hereto as Exhibit A is a true and correct copy of Sandoz's Invalidity Contentions, served on September 7,  2012.

3.     Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 4,306,075.

4.     Attached hereto as Exhibit C is a true and correct copy of a printout of a search for "Aristoff prostacyclin" run on Google Patents on June 31, 2013.

5.     Attached hereto as Exhibit D are a true and correct copies of printouts of searches for "Aristoff carbacyclin" and "Aristoff treprostinil" run on Google Patents on June 31, 2010.

I declare that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.


<u>*/s/ Stephen M. Orlofsky*</u>
Stephen M. Orlofsky

Dated: July 1, 2013

2