Stephen M. Orlofsky
David C. Kistler
New Jersey Resident Partners
**BLANK ROME LLP**
301 Carnegie Center, 3d Floor
Princeton, NJ 08540
Telephone: (609) 750-7700

**OF COUNSEL:**
D. Michael Underhill
Richard Meyer
William C. Jackson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015

Douglas Carsten
WILSON SONSINI GOODRICH & ROSATI
12235 El Camino Real
Suite 200
San Diego, CA 92130

*Attorneys for Plaintiff*
*United Therapeutics Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>SANDOZ INC., et al.,<br><br><br><br>*Defendants.* | Civil Action No. 13-316 (PGS)(LHG)<br>Civil Action No. 12-1617 (PGS) (LHG)<br><br>**NOTICE OF UNOPPOSED MOTION TO SEAL PLAINTIFF'S OPPOSITION TO SANDOZ'S MOTION FOR SUMMARY JUDGMENT OF NON INFRINGEMENT OF U.S. PATENT NO. 7,999,007** |

133176.00602/50569000v.1

TO:   Christina Lynn Saveriano, Esq.
      Eric I. Abraham, Esq.
      HILL WALLACK, LLP
      202 Carnegie Center
      Princeton, NJ  08543

COUNSEL:

PLEASE TAKE NOTICE that on April 7, 2014, or as soon as counsel may be heard, the undersigned counsel for Plaintiff United Therapeutics Corp. ("Plaintiff"), in the above captioned matter shall move before the Honorable Lois H. Goodman, U.S.M.J., United States District Court for the District of New Jersey, Clarkson S. Fisher Building and U.S. Courthouse, Trenton, New Jersey, for an Order sealing Plaintiff's Opposition to Sandoz's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 7,999,007.

PLEASE TAKE FURTHER NOTICE that in support of the motion to seal, Plaintiff relies upon its Memorandum of Law and the Declaration of David C. Kistler.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is being filed herewith.

The undersigned hereby consents to disposition of this motion on the papers in accordance with Rule 78 of the Federal Rules of Civil Procedure.

Respectfully submitted,

BLANK ROME LLP

By:  /s/ David C. Kistler

Stephen M. Orlofsky
David C. Kistler
New Jersey Resident Partners
BLANK ROME LLP
301 Carnegie Center, 3d Floor
Princeton, NJ 08540
Telephone: (609) 750-7700

*Of Counsel:*

                  D. Michael Underhill
                  Richard Meyer
                  William C. Jackson
                  BOIES, SCHILLER & FLEXNER LLP
                  5301 Wisconsin Ave, NW
                  Washington, DC 20015

                  Douglas Carsten
                  WILSON SONSINI GOODRICH & ROSATI
                  12235 El Camino Real
                  Suite 200
                  San Diego, CA 92130

Dated:  February 28, 2014        *Attorneys for Plaintiff*
                                            *United Therapeutics Corporation*