Stephen M. Orlofsky
David C. Kistler
New Jersey Resident Partners
BLANK ROME LLP
301 Carnegie Center, 3d Floor
Princeton, NJ 08540
Telephone: (609) 750-7700

**OF COUNSEL:**
Richard Meyer
William C. Jackson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015

Douglas Carsten
WILSON SONSINI GOODRICH & ROSATI
12235 El Camino Real
Suite 200
San Diego, CA 92130

*Attorneys for Plaintiff*
*United Therapeutics Corporation*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | Civil Action No. 13-316 (PGS)(LHG) |
| | Civil Action No. 12-1617 (PGS) (LHG) |
| *Plaintiff,* | |
| v. | **NOTICE OF PLAINTIFF UNITED THERAPEUTICS' MOTION IN LIMINE TO EXCLUDE DR. STUART RICH'S TESTIMONY ON THE TOPICS OF INHERENT ANTICIPATION AND ORGANIC CHEMISTRY** |
| SANDOZ INC., et al., | |
| *Defendants.* | |

TO:    Christina Lynn Saveriano, Esq.
       Eric I. Abraham, Esq.

HILL WALLACK, LLP
202 Carnegie Center
Princeton, NJ  08543
COUNSEL:

PLEASE TAKE NOTICE that on **May 1, 2014**, or as soon as counsel may be heard, the undersigned counsel for Plaintiff United Therapeutics Corp. ("Plaintiff"), in the above captioned matter shall move before the United States District Court for the District of New Jersey, for an Order granting its Motion in Limine seeking to preclude Dr. Stuart Rich, Defendant Sandoz Inc.'s expert on matters relating to one of the three patents at issue, U.S. Patent No. 5,153,222, from offering testimony and opinions related to (1) inherent anticipation and (2) organic chemistry.

PLEASE TAKE FURTHER NOTICE that in support of the motion, Plaintiff relies upon its Memorandum of Law (filed under seal) and the Declaration of Stephen M. Orlofsky in Support of United Therapeutics' Motions in Limine (and accompanying exhibits thereto, including those filed under seal).

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is being filed herewith.

The undersigned hereby requests oral argument if opposition is received.

Respectfully submitted,

BLANK ROME LLP

By:   */s/ Stephen M. Orlofsky*
Stephen M. Orlofsky
David C. Kistler
New Jersey Resident Partners
BLANK ROME LLP
301 Carnegie Center, 3d Floor
Princeton, NJ 08540
Telephone: (609) 750-7700

*Of Counsel:*
Richard Meyer
William C. Jackson
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015

Douglas Carsten
WILSON SONSINI GOODRICH & ROSATI
12235 El Camino Real
Suite 200
San Diego, CA 92130

Dated:  April 7, 2014          *Attorneys for Plaintiff*
                               *United Therapeutics Corporation*